IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                 RESPONDENT

vs.                                         Case No. 1:10-cr-10010
                                            Case No. 1:12-cv-1046

REGINALD NALLS                                                                              MOVANT

## ORDER

Before the Court is the Report and Recommendation filed July 2, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 45). Judge Bryant recommends that Defendant's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 40) be denied because (1) the motion is untimely and (2) Defendant does not meet the "in custody" requirement under 28 U.S.C. § 2255. Judge Bryant further recommends finding that any appeal from the denial of Defendant's motion would not be taken in good faith. 28 U.S.C. §1915(a). The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendant's Motion (ECF No. 40) is **DENIED**.

**IT IS SO ORDERED**, this 20th day of July, 2012.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge